# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1386.  CLAFFEY v. CLAFFEY et al.**

On January 30, 2018, we granted defendant Janet Claffey's application for interlocutory review of the trial court's order denying her motion for summary judgment in this contempt action. The appeal was duly docketed on March 9, 2018.

Having reviewed the briefs, the record, and the applicable law, we DISMISS this appeal as improvidently granted.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/18/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*